UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEITH AARON VANN,

    Plaintiff,

  vs.

WELLS FARGO BANK NATIONAL ASSOCIATION, et al.,

    Defendants.

Case No.: 13-cv-01148-YGR

**ORDER REFERRING MOTION TO RECUSE OR DISQUALIFY**

    Defendant has filed a motion to recuse or disqualify pursuant to 28 U.S.C. sections 144 & 455.  (Dkt. No. 26.)  In accordance with Section 144, the motion shall be heard by another judge.  The Clerk shall randomly assign the motion to recuse to be heard by another judge.

    **IT IS SO ORDERED.**

Dated: April 2, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**