UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH AARON VANN,<br><br>    Plaintiff,<br><br>  vs.<br><br>WELLS FARGO BANK NATIONAL ASSOCIATION, et al.,<br><br>    Defendants. | Case No.: 13-cv-01148-YGR<br><br>**ORDER REFERRING MOTION TO RECUSE OR DISQUALIFY** |

Defendant has filed a motion to recuse or disqualify pursuant to 28 U.S.C. sections 144 & 455.  (Dkt. No. 26.)  In accordance with Section 144, the motion shall be heard by another judge.  The Clerk shall randomly assign the motion to recuse to be heard by another judge.

**IT IS SO ORDERED.**

Dated: April 2, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**