UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH VANN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WELLS FARGO BANK NATIONAL ASSOCIATION, et al.,<br><br>　　　　Defendants. | Case No.: C-13-01148-YGR<br><br>**ORDER DENYING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING** |

On March 22, 2013, Plaintiff Keith Vann filed a Motion to Allow Electronic Filing by a Party Appearing Without an Attorney. (Dkt. No. 22.) Having carefully considered the motion, and in exercise of its discretion, the Court hereby **DENIES** Plaintiff's Motion.

This Order terminates Dkt. No. 22.

**IT IS SO ORDERED.**

Dated: April 12, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**