**UNITED STATES DISTRICT COURT**
Northern District of California
1301 Clay Street
Oakland, California 94612
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WELLS FARGOBANK NATIONAL ASSOCIATION ) ) ) ) | Civil No. CV 13-01148 YGR |
| Plaintiff(s), ) (Petitioner) ) | ORDER RE APPEAL IN FORMA PAUPERIS |
| -V- ) ) KEITH AARON VANN ) ) ) | |
| Defendant(s), ) (Respondent) ) | |

Good cause appearing, pursuant to 28 U.S.C. § 1915(a), the request to proceed in forma pauperis on appeal is hereby **DENIED**.

IT IS SO ORDERED.

DATED: **May 8, 2013**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE