**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**
_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| WELLS FARGOBANK NATIONAL ASSOCIATION )<br>)<br>)<br>)<br>Plaintiff(s), )<br>(Petitioner) )<br>-V- )<br>)<br>KEITH AARON VANN )<br>)<br>)<br>Defendant(s), )<br>(Respondent) ) | Civil No. CV 13-01148 YGR<br><br>ORDER RE APPEAL IN<br>FORMA PAUPERIS |

Good cause appearing, pursuant to 28 U.S.C. § 1915(a), the request to proceed in forma pauperis on appeal is hereby **DENIED**.

IT IS SO ORDERED.

DATED: **May 8, 2013**

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE